UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY TRANSOU,

    Plaintiff,

Case No. 19-13057
Hon. Matthew F. Leitman

v.

OLEKSANDR MATIOS, *et al.*,

    Defendants.

_____/

## **ORDER DENYING PLAINTIFF'S MOTION TO REMAND (ECF No. 5)**

On March 23, 2020, the Court held a telephonic hearing on Plaintiff's Motion to Remand (ECF No. 5). For the reasons stated on the record, Plaintiff's motion is **DENIED**.

**IT IS SO ORDERED**.

                        s/Matthew F. Leitman
                        MATTHEW F. LEITMAN
                        UNITED STATES DISTRICT JUDGE

Dated: March 23, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 23, 2020, by electronic means and/or ordinary mail.

                        s/Holly A. Monda
                        Case Manager
                        (810) 341-9764